NOSSAMAN LLP
JAMES H. VORHIS (SBN 245034)
jvorhis@nossaman.com
JILL N. JAFFE (SBN 286625)
jjaffe@nossaman.com
LINDSAY E. CHRISTENSON (SBN 327460)
lchristenson@nossaman.com
50 California Street, 34th Floor
San Francisco, CA 94111
Telephone: 415.398.3600
Facsimile:   415.398.2438

Attorneys for Defendant CONSULATE GENERAL OF
IRELAND - LA

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability company; BRITTCO WALL SYSTEMS, INC., a California corporation; MEI CHOU, an individual; MAY LUONG, an individual; and DOES 1 through 50, inclusive,<br><br>Defendant.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability Company and MEI CHOU, an individual,<br><br>Cross-Complainant,<br><br>vs.<br><br>BRITTCO WALL SYSTEMS, INC., a California Corporation; MAY LOUNG, an Individual; CONSULATE GENERAL OF IRELAND - LA; FAR WEST CONTRACTORS, CORP.; and ROES 1 through 25, inclusive,<br><br>Cross-Defendant. | Case No:<br><br>**NOTICE OF REMOVAL TO FEDERAL COURT**<br><br>Date Action Filed:  November 18, 2022 |

- 1 -

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(D)

61564141.v3

**PLEASE TAKE NOTICE** that Defendant the Consulate General of Ireland, which is a diplomatic mission of the Foreign Ministry of Ireland, ("Defendant") hereby timely removes Case 22STCV36523 from the Superior Court of the State of California for the County of Los Angeles to the United States District Court for the Central District of California.  This Notice of Removal is timely filed pursuant to 28 U.S.C. § 1441(d).  As grounds for removal, Defendant respectfully states as follows:

I.      **STATEMENT OF THE CASE**

1.      On or about November 18, 2022, Plaintiff Ramiro Gonzalez ("Plaintiff") filed a complaint in the Superior Court of the State of California in and for the County of Los Angeles against The Swig Company ("Swig"), Mei Chou ("Chou"), Brittco Wall Systems, Inc. ("Brittco"), and May Luong ("Luong"). A copy of the Complaint is attached hereto as Exhibit "A".

2.      Plaintiff later voluntarily dismissed Brittco and Luong. Copies of the Requests for Dismissal are attached hereto as Exhibit "B".

3.      On March 22, 2023, Swig and Chou filed an Answer to Plaintiff's Complaint and a cross-complaint against Far West Contractors Corp. ("Far West"), Brittco, and Defendant.  Swig and Chou granted Defendant an extension of the time to respond.  A copy of Swig and Chou's Answer to the Complaint and a copy of their Cross-Complaint, with the Summons and Proofs of Service, are attached hereto as Exhibit "C".

4.      Subsequently, on April 6, 2023, Plaintiff filed a DOE amendment that named Defendant in the Complaint.  Plaintiff filed another DOE amendment on April 10, 2023, naming Far West. Copies of the Doe amendments are attached hereto as Exhibit "D". However, Plaintiff did not serve the DOE amendments on Defendant and Far West until April 11, 2023.  The removal deadline is May 11, 2023. Copies of the Proofs of Service of Summons are attached hereto as Exhibit "E".

5.      In the Complaint, Plaintiff alleges negligence on the basis of premises liability.  The facts of the Complaint are, in short, that Mr. Gonzalez was injured when a bullet proof door fell on his foot, which caused significant injuries.  In the cross-complaint, Swig and Chou allege that

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(D)

61564141.v3

Defendant is liable under theories of equitable indemnity, contribution/apportionment, declaratory relief, breach of contract, and contractual indemnity.

6. Far West and Brittco have not yet appeared in the action.

7. A copy of the state court docket is attached hereto as "Exhibit F".

**II.    ORIGINAL JURISDICTION**

8. This action is removable under 28 U.S.C. §1441(d). That statute provides:

> (d) Actions against foreign states.  Any civil action brought in a State court against a foreign state as defined in Section 1603(a) of this title may be removed by the foreign state to the district court of the United States for the district and division embracing the place where such action is pending.  Upon removal the action shall be tried to the court without jury.  Where removal is based upon this subsection, the time limitations of section 1446(b) of this chapter may be enlarged at any time for cause shown.

9. Defendant as the Consulate General and a diplomatic mission of the Foreign Ministry of Ireland may remove this action because it is a foreign state under Section 1603(a). _Choi v. Consulate Gen. of Japan in Honolulu_, No. 18-00051 SOM-RLP, 2018 U.S. Dist. LEXIS 228198, at *5-6 (D. Haw. Apr. 25, 2018).  Under Section 1441(d), this matter must be tried by the court and not a jury.

10. Defendant has consulted with and received consent for removal from all other defendants that have already appeared in the state court litigation.

11. Defendant has good cause to remove this matter at this juncture, more than 30 days after the cross-complaint was filed but within the statutorily permissible removal period for Plaintiff's Complaint.  Defendant could _not_ have removed the entire action until it was named as a defendant in Plaintiff's action, and thus earlier removal, based on the cross-complaint, would have resulted in vast inefficiency because the matter would have proceeded in two separate courts. No parties are prejudiced because Defendant has not yet answered.

**III.    PRAYER**

Wherefore, Defendant requests that the above-captioned action now pending against it in the Superior Court of California, County of Los Angeles, be removed to this Court.

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(D)

61564141.v3

Dated:  May 9, 2023

NOSSAMAN LLP
JAMES H. VORHIS
JILL N. JAFFE
LINDSAY E. CHRISTENSON


By:  /s/ James H. Vorhis
          James H. Vorhis
Attorneys for Defendant CONSULATE GENERAL
OF IRELAND – LA

- 4 -

NOTICE OF REMOVAL OF ACTION PURSUANT TO 28 U.S.C. § 1441(D)

61564141.v3