Darren T. McBratney, (SBN 268622)
KARNS & KARNS, LLP
800 W. 6th Street, Suite 800
Los Angeles, CA 90017
Telephone: (310) 623-9032
Attorneys for Plaintiff RAMIRO GONZALEZ

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| RAMIRO GONZALEZ, | CASE NUMBER |
|---|---|
| Plaintiff(s), | 2:23-cv-03548-FLA-MAR |
| v. | |
| THE SWIG COMPANY, LLC, et al. | **NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)** |
| Defendant(s). | |

PLEASE TAKE NOTICE: (*Check one*)

☐   This action is dismissed by the Plaintiff(s) in its entirety.

☐   The Counterclaim brought by Claimant(s) _____ is dismissed by Claimant(s) in its entirety.

☐   The Cross-Claim brought by Claimants(s) _____ is dismissed by the Claimant(s) in its entirety.

☐   The Third-party Claim brought by Claimant(s) _____ is dismissed by the Claimant(s) in its entirety.

☑   **ONLY** Defendant(s) CONSULATE GENERAL OF IRELAND - LA _____

_____ DOE 1 Amendment and _____ without prejudice _____

is/are dismissed from (*check one*) ☑ Complaint, ☐ Counterclaim, ☐ Cross-claim, ☐ Third-Party Claim brought by Plaintiff, RAMIRO GONZALEZ _____ .

The dismissal is made pursuant to F.R.Civ.P. 41(a) or (c).

June 13, 2023
_____
**Date**

_____
*Signature of Attorney/Party*

**NOTE:**  *F.R.Civ.P. 41(a): This notice may be filed at any time before service by the adverse party of an answer or of a motion for summary judgment, whichever first occurs.*

*F.R.Civ.P. 41(c): Counterclaims, cross-claims & third-party claims may be dismissed before service of a responsive pleading or prior to the beginning of trial.*

CV-09 (03/10)          NOTICE OF DISMISSAL PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE 41(a) or (c)