# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, an individual<br><br>Plaintiff,<br><br>v.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability company; BRITTCO WALL SYSTEMS; INC., a California corporation; MEI CHOU, an individual; MAY LUONG, an individual; and DOES 1 THROUGH 50, inclusive<br><br>Defendants. | Case No. 2:23 CV-03548-HDV-MAR<br><br>ASSIGNED TO: HONORABLE JUDGE HERMAN D. VERA<br><br>ACTION FILED: 11/18/2022<br>THIRD-PARTY ACTION FILED: 06/12/2023<br><br><br>**ORDER GRANTING STIPULATION [42] TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** |
| THE SWIG COMPANY, LLC a Delaware Limited Liability Company, and MEI CHOU, an individual,<br><br>Cross-Claimants,<br><br>BRITTCO WALL SYSTEMS; INC., a California corporation; MAY LUONG, an individual; CONSULATE GENERAL OF IRELAND – LA; FAR WEST CONTRACTORS, CORP.; and ROES 1 THROUGH 25, inclusive<br><br>Cross-Defendants. | |

ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

FAR WEST CONTRACTORS, CORP.

      Third-Party Plaintiff,

      v.

DAVE'S DOOR AND HARWARE, INC.;
ACCURATE DOOR SOLUTIONS, INC.;
and ZOES 1 THROUGH 50, inclusive

      Third-Party Defendants.

Pursuant to the above stipulation and request of the Parties, and for GOOD CAUSE shown, **IT IS ORDERED**:

1.    The Third-Party Defendant, Accurate Door Solutions, Inc., shall be permitted to file a responsive pleading to Third-Party Complaint on or before July 21, 2023.

**IT IS SO ORDERED.**

Date: July 28, 2023 _____

      _____

H)N. JUDGE HERMAN D. VERA
U.S. DISTRICT JUDGE

5
ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING

## CERTIFICATE OF SERVICE

I, hereby certify that on July 26, 2023, I electronically filed the **[PROPOSED] ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING** with the Clerk of the Court using the CM/ECF system which will send notification of such filing electronically to registered counsel listed below:

| | |
|---|---|
| Andrea Custurea, Esq.<br>acusturea@wshblaw.com<br>Edgar F. Navarrete<br>enavarrete@wshblaw.com<br>WOOD, SMITH, HENNING &<br>BERMAN LLP<br>10960 Wilshire Boulevard, 18th Floor<br>Los Angeles, California 90024-3804<br>Phone: (310) 481-7600<br>Fax: (310) 481-7650 | *Attorneys for Third-Party Plaintiff,*<br>FAR WEST CONTRACTORS,<br>CORP. |

_/s/ Doreen James_____
Doreen James

[PROPOSED] ORDER TO EXTEND TIME TO FILE A RESPONSIVE PLEADING