**SCHUMANN AREVALO LLP**
ERIC AREVALO (CSB No. 255725)
*arevalo@scarlaw.us*
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile (714) 850-0551

LINK 55

Attorneys for Defendants/Cross-Complainants, THE SWIG COMPANY LLC, a Delaware limited liability Company, and MEI CHOU, an individual

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, an Individual,<br><br>Plaintiff,<br><br>v.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability Company; BRITTCO WALL SYSTEMS, INC., a California Corporation; MEI CHOU, an Individual; MAY LOUNG, an Individual; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.      2:23-cv-03548-HDV-MAR<br>Judge:       Hon. Hernan D. Vera<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Date Action Filed: May 9, 2023 |
| THE SWIG COMPANY, LLC, a Delaware limited liability Company, and MEI CHOU, an individual,<br><br>Cross-Complainants,<br>v.<br><br>BRITTCO WALL SYSTEMS, INC., a California Corporation; MAY LOUNG, an Individual; CONSULATE GENERAL OF IRELAND – LA; FAR WEST CONTRACTORS CORP.; and ROES 1 through 25, inclusive,<br><br>Cross-Defendants. | |

-1-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

In May 2023, this matter was removed from the Los Angeles County Superior Court (Case No. 22STCV36523) to the District Court.

Plaintiff, RAMIRO GONZALEZ, filed Complaint against various Defendants, including MEI CHOU.

Plaintiff, RAMIRO GONZALEZ and Defendant/Cross-Complainant, MEI CHOU, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the Complaint of Plaintiff against MEI CHOU only, shall be dismissed without prejudice.

DATED: July __31__, 2023          **SCHUMANN AREVALO LLP**

By: _____
Eric Arevalo, Esq.
Attorney for Defendants/Cross-Complainants, THE SWIG COMPANY LLC, a Delaware limited liability Company and MEI CHOU, an individual

**KARNS & KARNS, LLP**

DATED: July __31__, 2023

By: _____
Darren T. McBratney, Esq.
Attorney for Plaintiff, RAMIRO GONZALEZ

**ORDER OF DISMISSAL**



**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT RAMIRO GONZALEZ'S COMPLAINT AS AGAINST MEI CHOU BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE.

Dated: ___9/01/___, 2023

_____
Hon. Hernan D. Vera
United States District Judge

-3-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**