**SCHUMANN AREVALO LLP**
ERIC AREVALO (CSB No. 255725)
 *arevalo@scarlaw.us*
LISA MERSEREAU (CSB 202817)
 mersereau@scarlaw.us
3100 Bristol Street, Suite 100
Costa Mesa, CA 92626
Telephone (714) 850-0210
Facsimile (714) 850-0551

Attorneys for Defendants/Cross-Complainants, THE SWIG COMPANY LLC, a Delaware limited liability Company and MEI CHOU, an individual

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, an Individual<br><br>Plaintiff,<br><br>v.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability Company; BRITTCO WALL SYSTEMS, INC., a California Corporation; MEI CHOU, an Individual; MAY LOUNG, an Individual; and DOES 1 through 50, inclusive<br><br>Defendants. | Case No.    2:23-cv-03548-HDV-MAR<br>Judge:       Hon. Hernan D. Vera<br><br>**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**<br><br>Date Action Filed: May 9, 2023 |
| THE SWIG COMPANY, LLC, a Delaware limited liability Company, and MEI CHOU, an individual,<br><br>Cross-Complainants,<br>v.<br><br>BRITTCO WALL SYSTEMS, INC., a California Corporation; MAY LOUNG, an Individual; CONSULATE GENERAL OF IRELAND – LA; FAR WEST CONTRACTORS CORP.; and ROES 1 through 25, inclusive,<br><br>Counter-Defendants. | |

-1-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

Defendants/Cross-Complainants, The Swig Company and Mei Chou hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that the counter-claims against Counter-Defendants, Brittco Wall Systems, Inc. and May Loung be dismissed without prejudice with each party bearing that party's own attorney's fees and costs.

DATED: August 31, 2023                 **SCHUMANN AREVALO LLP**

By: _____
Eric Arevalo, Esq.
Lisa Mersereau, Esq.
Attorney for Defendants/Cross-
Complainants, THE SWIG COMPANY
LLC, a Delaware limited liability
Company and MEI CHOU, an
individual

DATED: 8/31____, 2023                 **LAW OFFICES OF KIRK & MYERS**

By: _____
Jeffrey Cabot Myers, Esq.
Attorneys for Cross-Claimants,
BRITTCO WALL SYSTEMS, INC.
and MAY LOUNG

-2-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**

## <u>ORDER OF DISMISSAL</u>

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(ii), IT IS ORDERED THAT THE SWIG COMPANY, LLC AND MEI CHOU'S COUNTER-CLAIMS AGAINST BRITTCO WALL SYSTEMS, INC. and MAY LOUNG BE, AND HEREBY IS, DISMISSED WITHOUT PREJUDICE, with each party bearing that party's own attorney's fees and costs.

Dated: _____, 2023

_____
Hon. Hernan D. Vera
United States District Judge

-3-

**STIPULATION OF DISMISSAL [FRCP 41(A)] AND ORDER OF DISMISSAL**