UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. 2:23-cv-03548-HDV-MAR | Date October 27, 2023 |
| Title *Ramiro Gonzalez v. The Swig Company LLC et al* | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

Attorney(s) Present for Plaintiff(s):    Attorney(s) Present for Defendant(s):

Darren McBratney

Edgard Navabarrette
Derek Earley
Lisa Mersereau
Frederick Choi

Proceedings:  DEFENDANT AND CROSS-DEFENDANT CONSULATE GENERAL OF IRELAND – LA'S AMENDED MOTION TO DISMISS CROSS-COMPLAINT [49]

PLAINTIFF RAMIRO GONZALEZ' MOTION FOR PARTIAL REMAND [53]

The Court hears oral argument on the motions referenced above and takes them under submission.


IT IS SO ORDERED.

Time: /42