Darren T. McBratney, Esq. (SBN 268622)
Karns & Karns, LLP
800 W. 6th Street, Suite 800
Los Angeles, CA 90017
Tel: (310) 623-9032
Fax: (310) 623-9033
Email: darren@karnsandkarns.com


Attorneys for Plaintiff, RAMIRO GONZALEZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAMIRO GONZALEZ, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE SWIG COMPANY, LLC, a Delaware limited liability company; BRITTCO WALL SYSTEMS, INC., a California corporation; MEI CHOU, an individual; MAY LUONG, an individual; and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 2-23-cv-03548 HDV (MARx)<br><br>Assigned to Honorable, Hernan D. Vera Courtroom 5B<br><br><br>**NOTICE OF SETTLEMENT** |
| THE SWIG COMPANY, LLC, a Delaware limited liability Company and MEI CHOU, an individual,<br><br>Cross-Complainants,<br><br>vs.<br><br>BRITTCO WALL SYSTEMS, INC., a California Corporation; MAY LOUNG, | |

| an Individual; CONSULATE GENERAL OF IRELAND – LA; FAR WEST CONTRACTORS, CORP.; and ROES 1 through 25, inclusive;<br><br>Cross-Defendants. | Complaint Filed:   November 18, 2022<br>Trial Date:           December 10, 2024 |
|---|---|

The parties, by and through their respective attorneys, have reached a settlement in the above-captioned action.  The settlement resolves the action in its entirety.  Accordingly, the parties respectfully request that all dates currently set in the case be vacated.  Once the settlement agreement has been executed, a stipulation of voluntary dismissal of the action will be filed pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

Dated:  September 3, 2024                          Karns & Karns, LLP


By:   _____
Darren T. McBratney, Esq.
Attorneys for Plaintiff,
RAMIRO GONZALEZ

2
**NOTICE OF SETTLEMENT**

# PROOF OF SERVICE

## UNITED STATES DISTRICT COURT – CENTRAL DISTRICT OF CA

I am over the age of 18 and not a party to the within action. My business address is 800 West 6th Street, Suite 800, Los Angeles, CA 90017.

On September 3, 2024, I served the foregoing document, described as: **NOTICE OF SETTLEMENT**, on all interested parties in this action, addressed as follows:

### SEE ATTACHED SERVICE LIST

☐ **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the attorney at the offices of the addressee.

☐ **(BY OVERNIGHT DELIVERY)** I caused a true copy thereof to be enclosed in a sealed envelope with delivery fees provided for, and to be deposited in the box regularly maintained by Federal Express in Los Angeles, CA.

☐ **(BY FACSIMILE)** I sent such document via facsimile mail to the number(s) noted above. The transmission was reported as complete and without error, and the transmitting facsimile machine properly issued the transmission report.

☒ *(ONLY BY ELECTRONIC TRANSMISSION.) E-mailing the document(s) to the persons at the e-mail address(es) listed based on notice previously provided that, during the Coronavirus (COVID-19) pandemic, this office will be primarily working remotely, unable to send physical mail as usual, and is therefore using only electronic mail. No electronic message or other indication that the transmission was unsuccessful was received within a reasonable time after the transmission.*

☒ **(FEDERAL)** I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct.

Executed on September 3, 2024, at Los Angeles, California

_____
*Elizabeth Valdez*
Elizabeth Valdez

3

**NOTICE OF SETTLEMENT**

**PROOF OF SERVICE**
**Case Name: Ramiro Gonzalez v. The Swig Company LLC, et al.**
**Case Number. 2:23-cv-03548 HDV (MARx)**

**SERVICE LIST**

Eric Arevalo, Esq.
Lisa Mersereau, Esq.
SCHUMANN AREVALO LLP
30 Corporate Park, Suite 100
Irvine, California 92606
Telephone: (714) 850-0210, Ext. 23
Facsimile: (714) 850-0551
Email: arevalo@scarlaw.us
         mersereau@scarlaw.us
         savare@scarlaw.us (Ashlyn Savare – Legal Executive Assistant)

Attorneys for Defendants and Cross-Complainants:
*THE SWIG COMPANY and MEI CHOU*

James H. Vorhis, Esq.
NOSSAMAN LLP
50 California Street, 34th Floor
San Francisco, California 94111
Telephone: (415) 398-3600
Facsimile: (415) 398-2438
Email: jvorhis@nossaman.com

Attorneys for Counter-Defendant:
*CONSULATE GENERAL OF IRELAND - LA*

4

**NOTICE OF SETTLEMENT**

Paolo Hermoso, Esq.
NOSSAMAN LLP
777 South Figueroa Street, 34th Floor
Los Angeles, California 90017
Telephone: (213) 612-7800
Facsimile: (213) 612-7801
Email: phermoso@nossaman.com

Attorneys for Counter-Defendant:
*CONSULATE GENERAL OF IRELAND - LA*

Andreea Custurea, Esq.
WOOD SMITH HENNING & BERMAN LLP
10960 Wilshire Boulevard, 18th Floor
Los Angeles, California 90024
Telephone: (310) 481-7761
Facsimile: (310) 481-7650
Email: acusturea@wshblaw.com
        jduggans@wshblaw.com - (Jamila L. Duggans – Legal Assistant)
        jwilburn@wshblaw.com - (Jacqueline V. Wilburn – Legal Assistant)

Attorneys for Defendant/Cross-Defendant/Third Party Plaintiff:
*FAR WEST CONTRACTORS, CORP*

Robert J. Lynch, Esq.
MCMAHON LYNCH LAW FIRM, INC.
1250 Corona Pointe Court, Suite 407
Corona, California 92879
Telephone: (951) 371-6868
Email: rlynch@mcm-law.net
        kchanman-rodriguez@mcm-law.net (Kim Chanman-Rodriguez)
        amartinez@mcm-law.net (Anita Martinez)

Attorneys for Third party Defendant:
*DAVE'S DOOR AND HARDWARE, INC.*

5

**NOTICE OF SETTLEMENT**

Derek A. Earley, Esq.
TYSON & MENDES, LLP
4695 MacArthur Court, Suite 1100
Newport Beach, California 92660
Telephone: (949) 490-4840
Facsimile: (949) 267-5261
Email: dearley@tysonmendes.com
        vvera@tysonmendes.com (Vic Vera, Esq.)
        hclayton@tysonmendes.com (Haely Clayton – Legal Assistant)

Attorneys for Third-Party Defendant,
*ACCURATE DOOR SOLUTIONS, INC.*

6

**NOTICE OF SETTLEMENT**